No. 87–1784. MASSACHUSETTS v. GRAY, TRUSTEE IN BANK-RUPTCY OF NEWBURY CAFE, INC., DBA 29 NEWBURY.  C. A. 1st Cir.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *United States* v. *Ron Pair Enterprises, Inc., ante,* p. 235.

No. 87–2070.  DeGEARE ET AL. v. SLATTERY GROUP, INC., ET AL.  C. A. 8th Cir.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Firestone Tire & Rubber Co.* v. *Bruch, ante,* p. 101.

No. 87–6063.  MEADOWS v. HOLLAND, WARDEN.  C. A. 4th Cir.  Motion of petitioner for leave to proceed *in forma pauperis* granted.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Harris* v. *Reed, ante,* p. 255.

No. 87–7320.  SPARKS v. FOLTZ, WARDEN.  C. A. 6th Cir.  Motion of petitioner for leave to proceed *in forma pauperis* granted.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Harris* v. *Reed, ante,* p. 255.

No. 88–163.  COMBUSTION ENGINEERING, INC., ET AL. v. SAPORITO ET AL.  C. A. 3d Cir.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Firestone Tire & Rubber Co.* v. *Bruch, ante,* p. 101.

No. 88–729.  ROWE ET AL. v. ALLIED CHEMICAL HOURLY EMPLOYEES' PENSION PLAN ET AL.  C. A. 6th Cir.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Firestone Tire & Rubber Co.* v. *Bruch, ante,* p. 101.

No. D–723.  IN RE DISBARMENT OF STARK.  Disbarment entered.  [For earlier order herein, see 487 U. S. 1248.]

No. D–735.  IN RE DISBARMENT OF STOLL.  Disbarment entered.  [For earlier order herein, see 488 U. S. 885.]

No. D–771.  IN RE DISBARMENT OF BIAGGI.  It is ordered that Mario Biaggi, of New York, N. Y., be suspended from the prac-